JDB:BWB/EMN
F.#2010R00013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N D I C T M E N T |
| - against - | Cr. No._____ |
| GASPER MARCIANTE and | (T. 18, U.S.C., §§ 922(g)(1), 924(e)(1), 924(c)(1)(A)(i), |
| STEFANO SCALISI, | 924(c)(1)(A)(ii), 1951(a), 2 and 3551 et seq.) |
| Defendants. | |

- - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

COUNT ONE
(Hobbs Act Robbery Conspiracy)

On or about and between October 1, 2008 and October 21, 2008, both dates being approximately and inclusive, within the Eastern District of New York and elsewhere, the defendants GASPER MARCIANTE and STEFANO SCALISI, together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of narcotics, diamonds and currency from John Doe, an individual whose identity is known to the Grand Jury.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT TWO
(Hobbs Act Attempted Robbery)

On or about October 21, 2008, within the Eastern District of New York, the defendants GASPER MARCIANTE and STEFANO SCALISI, together with others, did knowingly and intentionally attempt to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of narcotics, diamonds and currency from John Doe and Jane Doe, an individual whose identity is known to the Grand Jury.

(Title 18, United States Code, Sections 1951(a), 2 and 3551 et seq.)

## COUNT THREE
(Unlawful Use of a Firearm)

On or about October 21, 2008, within the Eastern District of New York and elsewhere, the defendants GASPER MARCIANTE and STEFANO SCALISI, together with others, did knowingly and intentionally use and carry a firearm during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts One and Two, and did knowingly and intentionally possess a firearm in furtherance of said crimes of violence.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 2 and 3551 et seq.)

## COUNT FOUR
(Felon in Possession of a Firearm)

On or about October 21, 2008, within the Eastern District of New York and elsewhere, the defendant GASPER MARCIANTE, having previously been convicted in courts of three crimes, each punishable by imprisonment for a term exceeding one year and each constituting a violent felony, committed on occasions different from one another, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a 9 millimeter handgun, and ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(e)(1) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

3

F.#2010R00013
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

Gasper Marciante and Stefano Scalisi,

Defendants.

## INDICTMENT

(T. 18, U.S.C., §§ 922(g)(1), 924(e)(1), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 1951(a), 2 and 3551 et seq.)

*A true bill.*

_____
Foreman

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
Clerk

Bail, $ _____

*Berit W. Berger, Assistant U.S. Attorney (718-254-6134)*