# Strazzullo Law Firm, P.C.
### ATTORNEYS AT LAW
www.strazzullolaw.com

Sal E. Strazzullo[+]

—

Maria Lamboglia
*Director of Office Affairs*

Maria Patelis

—

Raffaele Chianese[++]
Gabriella Ilan[++]
Paul A. Leff[++]
Robert Corbett[++]

—

Admitted to the Supreme
Court of the United States
of America[+]

of Council[++]

—

100 Park Avenue
Suite 1600
New York, NY 10017

—

Marano, Napoli
Italia
Via Lazio, 22

7101   18th Avenue
Brooklyn, NY 11204
Tel: 718.259.4600
Fax: 718.259.4494

Please correspond
to the above.

June 19, 2012

**Senior Judge Sterling Johnson, Jr.**
United States District Court – Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:  United States of America v. Stefano
Scalisi, 1:10-cr-00046-SJ-SMG**

Dear Hon. Johnson:

My client Stefano Scalisi, is awaiting sentencing on the above indictment, charging him with Hobbs Act crimes.  The defendant is at liberty on $750,000.00 bond, with his travel restricted to New York City and Long Island. To date, the defendant has complied with the conditions of his release.  The defendant has informed me and his pre-trial service officer, Luis Calvi, that he would like to travel to his family's home located at 1993 Fishhallow Road, Hamden, New York 13856 for vacation on Friday, June 22, 2012. To allow for travel time, the defendant respectfully requests that he be allowed to travel to on Friday June 22, 2012, and return on Sunday, June 24, 2012.  I have spoken with Assistant United States Attorney, Tyler Smith, and defendant's pre-trial service officer, Luis Calvi, and they have no objections to this request.

Thank you in advance for your time and consideration.

Very truly yours,

SALVATORE E. STRAZZULLO

cc:
**Tyler Smith, Assistant United States Attorney**

**Luis Calvi, Pre-trial Service Officer**